UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,**

CASE NO. 20-cv-24468-RNS

Plaintiff,

vs.

**ELMA GRACE PEARSON, LEON GLENN PEARSON, ERNESTINE PEARSON and GLORIA PRESCOTT,**

Defendants.

_____/

**AMENDED ANSWER BY DEFENDANT (ELMA GRACE PEARSON) TO PLAINTIFF'S COMPLAINT FOR INTERPLEADER**

COME NOW the Defendant, ELMA GRACE PEARSON, by and through her undersigned counsel, hereby files this Amended Answer to Plaintiff's Complaint for Interpleader according to its numbered paragraphs as follows:

1. Defendant denies the allegations contained in Paragraphs 1, 5, 6, 12, 13, 17, 18, 19, 20, 21, 22, 23, 25, 26, 28, 29, 30, and 31 of Plaintiff's Complaint for Interpleader and demands strict proof thereof.

2. Defendant admits the allegations contained in Paragraphs 2, 3, 4, 7, 8, 9, 11, 14, 15, 16 and 24 of Plaintiff's Complaint for Interpleader.

3. Defendant is without knowledge as to allegations contained in Paragraph 10 of Plaintiff's Complaint for Interpleader and demands strict proof thereof.

4. Defendant is the surviving spouse of HARRY LEE PEARSON, and the sole beneficiary initially listed on decedent, HARRY LEE PEARSON's policy with Plaintiff.

5. Defendants, LEON GLENN PEARSON, ERNESTINE PEARSON and GLORIA

6. PRESCOTT, are the siblings and friend, respectively, of decedent, HARRY LEE PEARSON, and are listed as beneficiaries on the 2019 beneficiary change form which was declined by Plaintiff as the form failed to list the required "percentages" in accordance with the policy and/or Plaintiff's requirements necessary for beneficiary changes.

7. Defendant, ELMA GRACE PEARSON, takes the position that the 2019 beneficiary designation was in effective and rightfully declined by Plaintiff and therefore has no effect.

8. Defendant, ELMA GRACE PEARSON's position is in conflict with the position of Defendant, LEON GLENN PEARSON, as stated in his Answer [DE 9] and possibly Defendants, ERNESTINE PEARSON and GLORIA PRESCOTT.

WHEREFORE, Defendant, ELMA GRACE PEARSON, respectfully request the following relief:

1. That the Court enter an order denying Plaintiff's Complaint for Interpleader, and granting judgment in favor of Defendant, ELMA GRACE PEARSON, as no beneficiary change was effective by Plaintiff's own admission.

2. That the Court enter an order directing Plaintiff to pay the proceeds of the policy to Plaintiff, ELMA GRACE PEARSON.

3. That the Court enter an order enjoining all other Defendants from instituting any separate action or proceeding regarding potential claims against the interplead funds.

4. That the Court deny Plaintiff's request for cost or attorney's fees.

5. That Defendant, ELMA GRACE PEARSON, be awarded costs attorney's fees and costs from the Plaintiff

6. That the Court grant Defendant, ELMA GRACE PEARSON, any further relief

that the Court may deem just and proper.

Dated: January 13, 2021.

              Respectfully submitted,

              **/s/Glenn R. Miller**
              GLENN R. MILLER, ESQ.
              GLENN RICARDO MILLER, LLC
              Attorney for Defendant/ELMA GRACE PEARSON
              Fla. Bar No. 539376
              67 N.E. 168th Street
              North Miami Beach, FL 33162
              (305) 651-5991
              Email: grmpalaw@gmail.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on January 13, 2021, I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system and forwarded copies of the foregoing document to: D. Brian O'Dell, Esq., BRADLEY ARANT BOULT CUMMINGS, LLP, Attorneys for Stakeholder/Plaintiff, 1819 5th Avenue North, Birmingham, Alabama 35203, (205) 521-8000, Email: bodell@bradley.com ;Leon Glenn Pearson, Defendant, 6820 N.W. 13th Avenue, Miami, FL 33147; Ernestine Pearson, Defendant, 6 Drury Lane, Florence, South Carolina 29506; and Gloria Prescott, Defendant, 2603 Memory Lane, Douglasville, Georgia 30135.

              **/s/Glenn R. Miller**
              GLENN R. MILLER, ESQ.