UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WESTERN-SOUTHERN LIFE ASSURANCE
COMPANY,

        CASE NO. 20-cv-24468-RNS

    Plaintiff,

vs.

ELMA GRACE PEARSON, LEON GLENN
PEARSON, ERNESTINE PEARSON and
GLORIA PRESCOTT,

    Defendants.
_____/

## JOINT STIPLATION OF DISMISSAL

Pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, Defendant, ELMA GRACE PEARSON, by and through her attorney, and Defendants, LEON GLENN PEARSON and ERNESTINE PEARSON, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice as to all claims, causes of action, and parties, with each party bearing his/her own attorney's fees and costs.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: August 5, 2021.        Respectfully submitted,

                              **/s/Glenn R. Miller**
                              GLENN R. MILLER, ESQ.
                              GLENN RICARDO MILLER, LLC
                              Attorney for Defendant/ELMA GRACE PEARSON
                              Fla. Bar No. 539376
                              67 N.E. 168th Street
                              North Miami Beach, FL 33162
                              (305) 651-5991
                              Email: grmpalaw@gmail.com

/s/Leon Glenn Pearson (with permission 08/05/21)
LEON GLENN PEARSON
6820 N.W. 13th Avenue
Miami, FL 33147
Email: leonpearson2424@gmail.com

/s/Ernestine Pearson (with permission 08/05/21)
ERNESTINE PEARSON
6 Drury Lane
Florence, South Carolina 29506
Email: ernestinepearson310@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2021, I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system and forwarded copies of the foregoing document to: D. Brian O'Dell, Esq., BRADLEY ARANT BOULT CUMMINGS, LLP, Attorneys for Stakeholder/Plaintiff, 1819 5th Avenue North, Birmingham, Alabama 35203, (205) 521-8000, Email: bodell@bradley.com ;Leon Glenn Pearson, Defendant, 6820 N.W. 13th Avenue, Miami, FL 33147, Email: leonpearson2424@gmail.com ; Ernestine Pearson, Defendant, 6 Drury Lane, Florence, South Carolina 29506, Email: ernestinepearson310@yahoo.com ; and Gloria Prescott, Defendant, 2603 Memory Lane, Douglasville, Georgia 30135.

/s/Glenn R. Miller
GLENN R. MILLER, ESQ.